1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES TROTTER,
11              Plaintiff,                       No. CIV S-09-1278 DAD P
12        vs.
13   F. HAWS, Warden, et al.,
14              Defendants.                      ORDER
15   _____/
16        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996
18   amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
19   forma pauperis.
20        The federal venue statute requires that a civil action, other than one based on
21   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
22   defendants reside in the same State, (2) a judicial district in which a substantial part of the events
23   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
24   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
25   no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
26   /////

                                                    1

1 | In this case, plaintiff complains about conditions of confinement at CSP-Los Angeles. Therefore, plaintiff's complaint should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: May 15, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
trot1278.21

2